IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WALTER EVERETT MOORE, III, <br><br> Plaintiff, <br><br> v. <br><br> WARDEN MARTY ALLEN; SGT. DUGGER; OFFICER HEARD; and OFFICER PATTON, <br><br> Defendants. | CIVIL ACTION NO.: 6:18-cv-77 |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 18. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against all Defendants and his deliberate indifference to serious medical needs claims against Defendant Allen. Plaintiff's deliberate indifference claims against Defendants Dugger, Heard, and Patton remain pending. Doc. 19.

**SO ORDERED**, this 7th day of February, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA