FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 8:53 am, May 18, 2020*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | |
|---|---|
| WALTER EVERETT MOORE, III, | |
| Plaintiff, | CIVIL ACTION NO.: 6:18-cv-77 |
| v. | |
| WARDEN MARTY ALLEN; SGT. DUGGER; OFFICER HEARD; and OFFICER PATTON, | |
| Defendants. | |

## O R D E R

This matter is before the Court on Plaintiff's Motion for Default Judgment as to Defendants Dugger, Heard, and Patton.  Doc. 36.  Plaintiff asserts Defendants' responsive pleadings were due March 16, 2020.  Id.  Plaintiff takes note of Defendants' motion for extension of time to file an answer or respond to complaint, doc. 30, but asserts the Court's March 16, 2020 Order granting that motion was unsigned and did not indicate a deadline for Defendants' answers.[1]  Id.  The Court's Order granting the extension was, in fact, signed and indicated that Defendants had until April 6, 2020 to file their responsive pleadings.  Doc. 31.  On April 6, 2020, Defendants filed responsive pleadings.  Accordingly, Defendants' answer was

---

[1]    In their Response to the instant Motion, Defendants suggest Plaintiff is referring to the proposed order Defendants submitted to the Court alongside their motion for an extension.  Doc. 37.  The Court agrees that Plaintiff is likely referring to the Defendants' proposed order.

timely, and the Court **DENIES** Plaintiff's Motion for Default Judgment.

**SO ORDERED**, this 18th day of May, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA