AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WALTER EVERETT MOORE, III,

Plaintiff,

v.

SGT. DUGGER, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:18-cv-77

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with this Court's Order dated July 21, 2021 the Report and Recommendation of the U.S. Magistrate Judge is adopted as the opinion of this Court. The Defendants' Motion for Summary Judgment is granted. Plaintiff's claims for injunctive relief are dismissed and the Plaintiff is denied leave to appeal in forma pauperis.  This civil action stands closed.



July 21, 2021
Date

John E. Triplett, Clerk of Court
Clerk

*James R. Burrell*
(By) Deputy Clerk

GAS Rev 10/2020